HELEN IRENE TRANTUM, Respondent, v. THE ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury to the effect that the death of the insured was not due to a violation of a law was against the weight of the evidence. All concur. (The judgment is for plaintiff is an action under an accident insurance certificate. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INCORPORATED, Respondent, v. GEORGE J. WECKERLE, HENRY P. WECKERLE, Appellants, and STERLING AMHERST FARMS DAIRY, INC., Defendant.— Order affirmed, with costs. All concur. (The order adjudges defendants guilty of contempt of court for violation of an injunction order.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

JOSEPH DENINGER, Respondent, v. WESLEY A. MCMAHON, Defendant, and CHARLES TREMER, Appellant.— Judgment affirmed, with costs. All concur. (The judgment affirms a judgment of the Rochester City Court awarding plaintiff damages for personal injuries sustained in an automobile collision.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

PETER A. REILLY, Respondent, v. BEVAN CONSTRUCTION COMPANY, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion to strike out an affirmative defense in the answer in a negligence action.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN LUTHER PATTERSON, Appellant.— Judgment of conviction and order affirmed. All concur. (The judgment convicts defendant of the crime of criminally receiving stolen property. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

JOSEPHINE GRUNDON, Respondent, v. CHARLES A. WHITE, as Public Administrator of the Estate of CHARLES FLYNN, Deceased, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in a conversion action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.